UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : Criminal No.: 07-95 (KSH) |
|---|---|
| vs. | : |
| TRAJKO MITEV, | : **ORDER FOR MODIFICATION** |
|  | : **CONDITIONS OF BAIL** |
| Defendant. | : |

**THIS MATTER** having come before the Court on the application of defendant Trajko Mitev (by his attorney Stacy Ann Biancamano) for modification of the conditions of bail, and the United States (by Kathleen O'Leary, Assistant United States Attorney) objecting to the entry of the Order and United States Pretrial Services (by Angel L. Matos, United States Pretrial Services) having no objection, and for good cause shown; and the Court having heard from counsel on the record and having taken testimony from defendant;

IT IS on this 2nd day of April, 2012;

**HEREBY ORDERED** that the defendant's bail be modified as follows:

1. That defendant Trajko Mitev shall be permitted to travel to Macedonia, Greece from Monday, April 19, 2012 to May 8, 2012 to visit his family who he has not seen since 2005.

2. Pretrial services to return Mr. Mitev's passport to allow his travel.

3. Mr. Mitev to surrender his passport to pretrial upon his return.

4. All other conditions shall remain in full force and effect.

_____
Honorable Katharine S. Hayden
United States District Judge