UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | Criminal No.: 07-95 (KSH) |
|---|---|---|
| vs. | : | |
| TRAJKO MITEV, | : | **ORDER** |
| Defendant. | : | |

**THIS MATTER** having come before the Court on the application of the defendant Trajko Mitev (by Stacy Ann Biancamano, Arleo, Donohue & Biancamano, L.L.C.), for an Order directing the return of Mr. Mitev's valid United States passport, and the United States (by Kathleen O'Leary, Assistant United States Attorney, appearing) having no objections,

**IT IS** on this _____ day of __May__, 2012;

**ORDERED** that the United States Pretrial Services Office shall release Mr. Mitev's passport to him.

_____
Honorable Katharine S. Hayden
United States District Judge